FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 OCT -8 PM 4:30
CLERK'S OFFICE
AT BALTIMORE
BY ________ DEPUTY

ABD/USAO #2014R00424

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

**v.**

**JERRY ANDERSON,**
**STEVEN HARRIS,**
**MARQUIS JOHNSON,**
**ZACHARY O'BRIEN, and**
**STEVEN TEJEDA,**

**Defendants**

**CRIMINAL NO.** GLR-14-0481

**(Bank Fraud Conspiracy, 18 U.S.C. § 1349; Bank Fraud, 18 U.S.C. § 1344; Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1); Access Device Fraud, 18 U.S.C. § 1029(a)(4); False Use of Passport, 18 U.S.C. § 1543, and Aiding & Abetting, 18 U.S.C. § 2))**

*******

**INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

**Introduction**

At all times relevant to this Indictment:

1. Defendants **JERRY ANDERSON ("ANDERSON"), STEVEN HARRIS ("HARRIS"), and MARQUIS JOHNSON ("JOHNSON"),** were each residents of Maryland. **ZACHARY O'BRIEN ("O'BRIEN") and STEVEN TEJEDA ("TEJEDA")** were each residents of New York and Virginia.

2. Citibank is a financial institution as that term is defined in Title 18, Section 20.

3. Between at least in or about February 2014, through in or about October 2014, **ANDERSON, HARRIS, JOHNSON, O'BRIEN, TEJEDA,** and others known and unknown to the grand jury engaged in a scheme and artifice to defraud the financial institutions and to obtain

monies from third party bank accounts owned by, and under the custody of, such financial institutions ("the scheme to defraud").

**The Conspiracy**

4. Between at least in or about February 2014, through in or about October 2014, in the District of Maryland, the Northern District of Texas, and elsewhere, the defendants,

**JERRY ANDERSON,**
**STEVEN HARRIS,**
**MARQUIS JOHNSON,**
**ZACHARY O'BRIEN, and**
**STEVEN TEJEDA,**

did knowingly and intentionally combine, conspire, confederate and agree together and with other person, both known and unknown to the Grand Jury, to execute and attempt to execute a scheme and artifice to defraud financial institutions, and to obtain and attempt to obtain money and property owned by, and under the custody and control of, financial institutions, by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code Section 1344; to wit, by falsely representing themselves as customers of the financial institutions by using credit card accounts issued by those financial institutions in order to purchase items, including gift cards, at various retail locations.

**Manner and Means of the Conspiracy and the Scheme to Defraud**

5. It was a part of the conspiracy and scheme to defraud that **ANDERSON, HARRIS, JOHNSON, O'BRIEN, and TEJEDA,** and others known and unknown to the grand jury, entered various Apple, T-Mobile, and Verizon locations in the District of Maryland, New York, Texas, and elsewhere and purchased items, including iPhones, using stolen credit card numbers issued by the above-described financial institutions

6. It was further part of the conspiracy and scheme to defraud that on or about April 10, 2014 **HARRIS and JOHNSON** entered an Apple Store located at 825 Dulaney Valley Road, Towson, MD. **HARRIS and JOHNSON** used pre-paid gift cards that were re-encoded with account information relating to Citibank bank account ending in numbers 2438 and 4994, whose true account holder were E.T. and S.C., and attempted to make a purchase.

7. It was further part of the conspiracy and scheme to defraud that on or about April 17, 2014, **ANDERSON and HARRIS** were found to be in possession of equipment used in the scheme to defraud including gift cards and a manual for a credit card embossing machine.

8. It was further part of the conspiracy and scheme to defraud that on or about April 17, 2014, **TEJEDA and O'BRIEN** were found to be in possession of equipment used in the scheme to defraud including a laptop computer, re-encoded credit cards, blank counterfeit credit cards, a credit card embossing machine, and a credit card encoder.

9. It was further part of the conspiracy and scheme to defraud that on or about May 15, 2014, **ANDERSON** entered an Apple Store located at 260 Grand Avenue, Southlake, Texas. **ANDERSON** used pre-paid gift cards that were re-encoded with account information relating to Citibank bank accounts ending in numbers 7364 and 4044, whose true account holders were L.M. and D.W., respectively, to make a purchase.

18 U.S.C. § 1349

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 3 and 5 through 9 of Count One are incorporated herein.

2. Between at least in or about February 2014, through in or about October 2014, in the District of Maryland, the Northern District of Texas, and elsewhere, the defendants,

**JERRY ANDERSON,**
**STEVEN HARRIS,**
**MARQUIS JOHNSON,**
**ZACHARY O'BRIEN, and**
**STEVEN TEJEDA,**

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud financial institutions, and to obtain and attempt to obtain monies, funds and credits of financial institutions, and under the custody and control of financial institutions, by means of false and fraudulent pretenses, representations and promises; to wit, by falsely representing themselves as customers of the financial institutions by using credit card accounts issued by those financial institutions in order to purchase items, including Apple iPhones, at various retail locations.

18 U.S.C. § 1344
18 U.S.C. § 2

**COUNT THREE**

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 3 and 5 through 9 of Count One are incorporated herein.

2. On or about April 10, 2014, in the District of Maryland and elsewhere, the defendants,

**JERRY ANDERSON,**
**STEVEN HARRIS, and**
**MARQUIS JOHNSON,**

did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another specific individual; to wit, they transferred, possessed and used the name and account information of E.T. and S.C., during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349 and bank fraud under 18 U.S.C. § 1344, as set forth in Counts One and Two of the Indictment.

18 U.S.C. §§ 1028A(a)(1), (c)(5)
18 U.S.C. § 2

**COUNT FOUR**

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 3 and 5 through 9 of Count One are incorporated herein.

2. On or about April 17, 2014, in the District of Maryland and elsewhere, the defendant,

**ZACHARY O'BRIEN,**

did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another specific individual; to wit, he transferred, possessed and used the name and account information of K.B. during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349 and bank fraud under 18 U.S.C. § 1344, as set forth in Counts One and Two of the Indictment.

18 U.S.C. §§ 1028A(a)(1), (c)(5)
18 U.S.C. § 2

**COUNT FIVE**

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 3 and 5 through 9 of Count One are incorporated herein.

2. On or about April 17, 2014, in the District of Maryland and elsewhere, the defendant,

**STEVEN TEJEDA,**

did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another specific individual; to wit, he transferred, possessed and used the name and account information of D.G. during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349 and bank fraud under 18 U.S.C. § 1344, as set forth in Counts One and Two of the Indictment.

18 U.S.C. §§ 1028A(a)(1), (c)(5)
18 U.S.C. § 2

**COUNT SIX**

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 3 and 5 through 9 of Count One are incorporated herein.

2. On or about April 17, 2014, in the District of Maryland and elsewhere, the defendants,

**JERRY ANDERSON,**
**STEVEN HARRIS,**
**ZACHARY O'BRIEN, and**
**STEVEN TEJEDA,**

did knowingly, and with intent to defraud, produce, traffic in, control, have custody of, and possess a device-making equipment, to wit a credit card embossing machine, and a credit card encoder.

18 U.S.C. § 1029(a)(4)
18 U.S.C. § 2

**COUNT SEVEN**

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 3 and 5 through 9 of Count One are incorporated herein.

2. On or about July 15, 2014, in the District of Maryland and elsewhere, the defendant,

**JERRY ANDERSON,**

did willfully and knowingly use, and attempt to use, a false, forged, counterfeit, mutilated, and altered passport and instrument purporting to be a passport.

18 U.S.C. § 1543
18 U.S.C. § 2

## FORFEITURE ALLEGATION

1. As a result of the offenses alleged in Counts One and Two of this Indictment, the defendants,

**JERRY ANDERSON,**
**STEVEN HARRIS,**
**MARQUIS JOHNSON,**
**ZACHARY O'BRIEN, and**
**STEVEN TEJEDA,**

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 1344 and 1349, including but not limited to $236,542.14 in U.S. currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which was involved in these violations and is subject to forfeiture.

2. If any of the property described in the preceding paragraph as being subject to forfeiture, as a result of any act or omission of any defendant --

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or,
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, that is, $236,542.14.

28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C)

Rod Rosenstein/AWD
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

SIGNATURE REDACTED
FOREPERSON

10/1/14
DATE